IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Juan Montano,<br><br>  Plaintiff,<br>  v.<br><br>Todd Allan Miller, et al.,<br><br>  Defendants. | NO. C 10-00746 JW<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE; SETTING STATUS CONFERENCE RE: SETTLEMENT** |

On September 7, 2010, the parties filed a Joint Case Management Statement requesting a continuance of their Case Management Conference currently set for September 20, 2010 on the ground that they have reached a settlement. (See Docket Item No. 12.) In light of the settlement, the Court vacates all trial and pretrial dates.

On or before **December 10, 2010**, the parties shall file a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a). If a dismissal is not filed by the specified date, all parties shall appear for a Status Conference re: Settlement on **December 20, 2010 at 10 a.m.**. The parties shall file a Joint Status Conference Statement on **December 10, 2010** updating the Court on the progress of their settlement and specifying the time required to bring this case to a close.

Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss this action.

Dated: September 15, 2010

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

James A. Scharf james.scharf@usdoj.gov
William Michael McCann mccnlgu@aol.com

**Dated: September 15, 2010**                                        **Richard W. Wieking, Clerk**

                                                                                   **By:        /s/ JW Chambers**
                                                                                         **Elizabeth Garcia**
                                                                                         **Courtroom Deputy**

**United States District Court**
For the Northern District of California