MELINDA HAAG (CSBN 132612)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
JAMES A. SCHARF (CSBN 152171)
Assistant United States Attorney

    150 Almaden Blvd, Ste. 900
    San Jose, CA 95113-2009
    Telephone:    (408) 535-5044
    Facsimile:    (408) 535-5081
    Email:        james.scharf@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| JUAN MONTANO, | ) | Civil Action No. C 10-00746 JW |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **STIPULATION AND AGREEMENT OF COMPROMISE AND SETTLEMENT AND [PROPOSED] ORDER** |
| TODD ALLAN MILLER, et al., | ) | |
| Defendants | ) | |
| | ) | |

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff Juan Montano ("Plaintiff") and defendant Todd Allan Miller, defendant Department of Navy and the United States of America (hereinafter the "Federal Defendant"), by and through its undersigned counsel, as follows:

    1.    The parties do hereby agree to settle, compromise and dismiss the above-captioned action ("This Action") under the terms and conditions set forth herein.

    2.    The Federal Defendant agrees to pay the sum of $17,000.00 ("the settlement amount") to plaintiff under the terms and conditions set forth herein.  This is full, final and complete settlement that resolves all claims and potential claims that plaintiff may have

**STIPULATION AND AGREEMENT OF COMPROMISE AND SETTLEMENT AND [PROPOSED] ORDER**
Montano v. Miller, C 10-00746 JW                1

1   arising out of the subject automobile accident of August 28, 2007, including plaintiff's claims for

2   property damage, personal injury and wage loss.  Plaintiff is responsible for satisfying any and all

3   outstanding liens relating to plaintiff's medical treatment arising out of the subject matter of This

4   Action.

5           3.      The plaintiff and his heirs, executors, administrators, assigns and attorneys

6   hereby agree to accept the settlement amount, in full and final settlement and satisfaction of the

7   claims raised in This Action under the terms and conditions set forth herein.

8           4.      It is also agreed, by and among the parties, that the settlement amount

9   represents the entire amount payable to plaintiff and his heirs, executors, administrators, assigns

10  and attorneys.

11          5.      It is also agreed, by and among the parties, that the settlement amount shall

12  be made payable to plaintiff and his attorney, William McCann, and shall be mailed to his

13  attorneys' business address.

14          6.      It is also agreed, by and among the parties, that neither plaintiff nor any of

15  his attorneys may make any claim for attorney's fees or other costs against the Federal

16  Defendant.  It is also agreed, by and among the parties, that the respective parties will bear their

17  own costs, fees, and expenses and that any attorney's fees owed by the plaintiff will be paid out

18  of the settlement amount and not in addition thereto.

19          7.      It is also understood, by and among the parties, that pursuant to Title 28,

20  United States Code, Section 2678, that if plaintiff incurred any attorney's fees for services

21  rendered in connection with this action, said fees shall not exceed 25 percent of the amount of the

22  compromise settlement.

23          8.      In consideration of the settlement amount as set forth above, the plaintiff

24  agrees that he will immediately upon execution of this agreement, execute a Stipulation of

25  Dismissal, which stipulation shall dismiss, with prejudice, all claims asserted in This Action or

26  any claims that could have been asserted in This Action.  The fully executed Stipulation of

27  Dismissal will be held by counsel for the Federal Defendant and will be filed with the Court upon

28

**STIPULATION AND AGREEMENT OF COMPROMISE AND SETTLEMENT
AND [PROPOSED] ORDER**
Montano v. Miller, C 10-00746 JW       2

1   receipt by plaintiff's attorneys of the settlement amount.

2        9.    In consideration of the payment of the settlement amount as set forth

3   above, the plaintiff hereby releases and forever discharges the Federal Defendant, the United

4   States of America, and any and all of their past and present agencies, officials, employees, agents,

5   attorneys, successors, and assigns from any and all obligations, damages, liabilities, causes of

6   actions, claims, and demands of any kind and nature whatsoever, whether suspected or

7   unsuspected, arising in law or equity, arising from or by reason of any and all known, unknown,

8   foreseen or unforeseen injuries, and the consequences thereof, resulting from the facts,

9   circumstances and subject matter that gave rise to This Action, including all claims under the

10  Federal Tort Claims Act ("FTCA"), all constitutional or *Bivens* claims, any and all current or

11  future claims by plaintiff's children, and any other claim relating to the subject accident, or any

12  and all claims that could have been asserted in the Complaint, including any and all claims for

13  property damage, personal injury and wage loss.

14       10.    In consideration of the payment of the settlement amount as set forth

15  above, the plaintiff further agrees that he may not and will not use or rely on the incidents and

16  actions underlying the Complaint in any other administrative proceeding, state court action or

17  federal court action to prove any kind of further or future claim against the United States or its

18  agencies and employees.

19       11.    The provisions of California Civil Code Section 1542 are set forth below:

20      A general release does not extend to claims which the creditor does not know or
suspect to exist in his favor at the time of executing the release, which if known

21      by him must have materially affected his settlement with the debtor.

22  The plaintiff having been apprised of the statutory language of Civil Code Section 1542, and

23  fully understanding the same, nevertheless elects to waive the benefits of any and all rights he

24  may have pursuant to the provision of that statute and any similar provision of federal law. The

25  plaintiff understands that if the facts concerning the plaintiff's alleged damages and the liability

26  of the Federal Defendant, or its agents, servants, or employees, for damages pertaining thereto are

27  found hereafter to be other than or different from the facts now believed by him to be true, this

28

**STIPULATION AND AGREEMENT OF COMPROMISE AND SETTLEMENT
AND [PROPOSED] ORDER**
Montano v. Miller, C 10-00746 JW       3

1   agreement shall be and remain effective notwithstanding such material difference.

2        12.    The parties acknowledge that neither this agreement nor anything

3   contained herein shall constitute an admission of liability or fault on the part of the Federal

4   Defendant or its agents, servants, or employees.  This agreement is entered into by the parties for

5   the purpose of compromising disputed claims, avoiding the expenses and risks of litigation, and

6   buying peace.

7        13.    This agreement may be pled as a full and complete defense to any action

8   or other proceeding, including any local, state or federal administrative action, involving any

9   person or party which arises out of the claims released and discharged by this agreement.

10        14.    If any withholding or income tax liability is imposed upon plaintiff based

11   on payment of the settlement sum as set forth herein, plaintiff shall be solely responsible for

12   paying any such liability.  Plaintiff will indemnify and hold harmless the Federal Defendant from

13   any liability the Federal Defendant may incur from any government agency arising out of any

14   failure by plaintiff to pay any tax liability he might be responsible for from any government

15   agency.  Plaintiff will also indemnify and hold harmless the Federal Defendant from any liability

16   the Federal Defendant may incur from any lien claimant arising out of any failure by plaintiff to

17   satisfy the outstanding liens.  Plaintiff will also indemnify and hold harmless the Federal

18   Defendant from any liability the Federal Defendant may incur from any claim, including but not

19   limited to a loss of consortium claim, by plaintiff's spouse arising out of the subject matter of

20   This Action.

21        15.    Plaintiff has been informed that payment of the settlement amount may

22   take 120 days or more to process.

23        16.    The parties agree that the District Court shall retain jurisdiction over this

24   matter for the purposes of resolving any dispute alleging a breach of this agreement.

25        17.    Each party acknowledges that they are fully aware of and understand all of

26   the terms of the agreement and the legal consequences thereof.  It is further acknowledged that

27   the parties have mutually participated in the drafting of this agreement and it is agreed that no

28

**STIPULATION AND AGREEMENT OF COMPROMISE AND SETTLEMENT
AND [PROPOSED] ORDER**
Montano v. Miller, C 10-00746 JW       4

1    provision herein shall be construed against any party hereto by virtue of the drafting of this

2    agreement.

3            18.    If any provision of this agreement shall be held invalid, illegal, or

4    unenforceable, the validity, legality, and enforceability of the remaining provisions shall not in

5    any way be affected or impaired thereby.

6            19.    This instrument shall constitute the entire agreement between the parties,

7    and it is expressly understood and agreed that this agreement has been freely and voluntarily

8    entered into by the parties hereto.  The parties further acknowledge that no warranties or

9    representations have been made on any subject other than as set forth in this agreement.

10           20.    The parties agree that this Stipulation for Compromise Settlement and

11   Release, including all the terms and conditions of this compromise settlement and any additional

12   agreements relating thereto, may be made public in their entirety, and the plaintiff expressly

13   consents to such release and disclosure pursuant to 5 U.S.C. § 552a(b).

14           21.    The persons signing this Stipulation and Agreement warrant and represent

15   that they possess full authority to bind the persons on whose behalf they are signing to the terms

16   of the settlement.

17           22.    This agreement may not be altered, modified or otherwise changed in any

18   respect except in writing, duly executed by all of the parties or their authorized representatives.

19   Dated: September 10 2010

20                                               JUAN MONTANO
                                                 Plaintiff

21

22   Dated: September 14, 2010

23                                               WILLIAM McCANN
                                                 Attorney for Plaintiff

24

25

26

27

28

STIPULATION AND AGREEMENT OF COMPROMISE AND  SETTLEMENT
AND [PROPOSED] ORDER
Montano v. Miller, C 10-00746 JW                    5

MELINDA HAAG
United States Attorney

Dated: September 7, 2010

By: _____
JAMES A. SCHARF
Assistant United States Attorney
Attorney for the Federal Defendant
United States of America

PURSUANT TO THE ABOVE STIPULATION AND AGREEMENT,
APPROVED AND SO ORDERED:

The Clerk shall close this file.

Dated:   September 16, 2010

_____
Hon. James Ware
United States District Court Judge

STIPULATION AND AGREEMENT OF COMPROMISE AND  SETTLEMENT
AND [PROPOSED] ORDER
Montano v. Miller, C 10-00746 JW                    6