MELINDA HAAG (CSBN 132612)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
JAMES A. SCHARF (CSBN 152171)
Assistant United States Attorney

150 Almaden Blvd, Ste. 900
San Jose, CA 95113-2009
Telephone:   (408) 535-5044
Facsimile:   (408) 535-5081
Email:       james.scharf@usdoj.gov

Attorneys for Defendants

*IT IS SO ORDERED*
*Judge James Ware*
10/21/2010

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JUAN MONTANO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TODD ALLAN MILLER, et al.,<br><br>　　　　　Defendants | Civil Action No. C 10-00746 JW<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO SETTLEMENT** |

Plaintiff and defendants, through their attorneys of record, hereby stipulate and agree that the above-referenced action is voluntarily dismissed with prejudice in its entirety pursuant to Federal Rule of Civil Procedure, Rule 41(a), and pursuant to the Stipulation and Agreement of Compromise and Settlement and Order previously filed in this action.

Dated: September 20, 2010

　　　　　　　　　　　　　　　　WILLIAM McCANN
　　　　　　　　　　　　　　　　Attorney for Plaintiff

**DISMISSAL**
Montano v. Miller, C 10-00746 JW　　　　　1

|   |   |
|---|---|
| | MELINDA HAAG |
| | United States Attorney |

Dated: September 17, 2010     By: _____
JAMES A. SCHARF
Assistant United States Attorney
Attorney for the Federal Defendant
United States of America

**DISMISSAL**
Montano v. Miller, C 10-00746 JW                    2